UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Clifford B. Frish, Esq. #CBF-2541
Attorney(s) for Debtor

In Re:

WALTER S. KELLY and
IRIS D. KELLY

Order Filed on May 14, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-35622

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/5/2019_____ :

Property:     419 Highland Avenue, Clifton, NJ 07011

Creditor:     Ocwen Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/31/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*