UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Mark Goldman, Esq. #MG-8019
Attorney(s) for Debtor(s)

Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

WALTER S. KELLY and IRIS D. KELLY,

Debtors

Case No.: 17-35622

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 27, 2019___ :

Property:    419 Highland, Clifton, NJ 07011

Creditor:    Ocwen Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___debtors___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___January 31, 2020___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Walter S. Kelly  
Iris D Kelly  
    Debtors

Case No. 17-35622-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 05, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
db/jdb        +Walter S. Kelly,   Iris D Kelly,   419 Highland Avenue,   Clifton, NJ 07011-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:

        Aleisha Candace Jennings   on behalf of Creditor   PHH Mortgage Corporation ajennings@rasflaw.com  
        Clifford B. Frish   on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,  
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Clifford B. Frish   on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,  
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        David G. Beslow   on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        David G. Beslow   on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Kevin M. Buttery   on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Mark Goldman   on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Mark Goldman   on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Michael R. DuPont   on behalf of Creditor   Liberty Savings Federal Credit Union  
         dupont@redbanklaw.com,   dana@redbanklaw.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com  
        Sindi Mncina   on behalf of Creditor   OCWEN LOAN SERVICING LLC smncina@rascrane.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 14