Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35622−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter S. Kelly
419 Highland Avenue
Clifton, NJ 07011

Iris D Kelly
aka Iris D Johnson
419 Highland Avenue
Clifton, NJ 07011

Social Security No.:
xxx−xx−2393

xxx−xx−8921

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/28/20 at 10:00 AM

to consider and act upon the following:

**92** − Creditor's Certification of Default (related document:85 Motion for Relief from Stay re: 2015 Honda CRV. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 05/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

**94** − Certification in Opposition to (related document:92 Creditor's Certification of Default (related document:85 Motion for Relief from Stay re: 2015 Honda CRV. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 05/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor American Honda Finance Corporation) filed by Mark Goldman on behalf of Iris D Kelly, Walter S. Kelly. (Goldman, Mark)

Dated: 5/6/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court