Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 17−35622−JKS  
        Chapter: 13  
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter S. Kelly  
419 Highland Avenue  
Clifton, NJ 07011

Iris D Kelly  
aka Iris D Johnson  
419 Highland Avenue  
Clifton, NJ 07011

Social Security No.:  
  xxx−xx−2393                          xxx−xx−8921

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/28/20 at 10:00 AM

to consider and act upon the following:

*92* − Creditor's Certification of Default (related document:85 Motion for Relief from Stay re: 2015 Honda CRV. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 05/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*94* − Certification in Opposition to (related document:92 Creditor's Certification of Default (related document:85 Motion for Relief from Stay re: 2015 Honda CRV. Fee Amount $ 181. filed by Creditor American Honda Finance Corporation) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation. Objection deadline is 05/7/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor American Honda Finance Corporation) filed by Mark Goldman on behalf of Iris D Kelly, Walter S. Kelly. (Goldman, Mark)

Dated: 5/6/20

                                            Jeanne Naughton  
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Walter S. Kelly
Iris D Kelly
      Debtors

Case No. 17-35622-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 06, 2020
                        Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.
db/jdb          +Walter S. Kelly,    Iris D Kelly,    419 Highland Avenue,    Clifton, NJ 07011-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:

         Aleisha Candace Jennings     on behalf of Creditor     PHH Mortgage Corporation ajennings@rasflaw.com
         Clifford B. Frish    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Clifford B. Frish    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         David G. Beslow     on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         David G. Beslow     on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon     on behalf of Creditor     Toyota Lease Trust dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
         John R. Morton, Jr.     on behalf of Creditor     American Honda Finance Corporation
    ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Kevin M. Buttery     on behalf of Creditor     OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Mark Goldman     on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Mark Goldman     on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Michael R. DuPont     on behalf of Creditor     Liberty Savings Federal Credit Union
    dupont@redbanklaw.com,    dana@redbanklaw.com
         Rebecca Ann Solarz     on behalf of Creditor     Toyota Lease Trust rsolarz@kmllawgroup.com
         Shauna M Deluca     on behalf of Creditor     PHH Mortgage Corporation sdeluca@rasflaw.com
         Sindi Mncina     on behalf of Creditor     OCWEN LOAN SERVICING LLC smncina@rascrane.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                      TOTAL: 16