UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Mark Goldman, Esq. #MG-8019

Order Filed on July 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WALTER S. KELLY and IRIS D. KELLY

Case No.: 17-35622

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 4, 2019__ :

Property:     419 Highland Avenue, Clifton, New Jersey 07011

Creditor:     PHH Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by __the debtors__, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including __September 30, 2020__.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-35622-JKS
Walter S. Kelly                                                 Chapter 13
Iris D Kelly
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1         Date Rcvd: Jul 02, 2020
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db/jdb         +Walter S. Kelly,    Iris D Kelly,    419 Highland Avenue,    Clifton, NJ 07011-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    PHH Mortgage Corporation ajennings@rasflaw.com
              Clifford B. Frish    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Clifford B. Frish    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark Goldman    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark Goldman    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    PHH Mortgage Corporation sdeluca@rasflaw.com
              Sindi Mncina    on behalf of Creditor    OCWEN LOAN SERVICING LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 16