UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50778
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation

**Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WALTER S. KELLY
IRIS D. KELLY

Case No.: 17-35622

Adv. No.:

Hearing Date: 5-28-20

Judge: JKS

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 13, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Walter and Iris Kelly**
**17-35622(JKS)**
**Order For Additional Counsel Fee**
**Page 2**

This matter having been brought on before this Court on creditor's certification of nonpayment filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of David Beslow, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the holder of a first purchase money security interest encumbering a 2015 HONDA CR-V bearing vehicle identification number 2HKRM4H71FH654778 (hereinafter the "vehicle").

2. The debtors shall pay to American Honda Finance Corporation through the plan, an additional counsel fee of $350 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:
Walter S. Kelly
Iris D Kelly
    Debtors

Case No. 17-35622-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 13, 2020
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
db/jdb         +Walter S. Kelly,   Iris D Kelly,   419 Highland Avenue,   Clifton, NJ 07011-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    PHH Mortgage Corporation ajennings@rasflaw.com
          Clifford B. Frish    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Clifford B. Frish    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark Goldman    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Shauna M Deluca    on behalf of Creditor    PHH Mortgage Corporation sdeluca@rasflaw.com
          Sindi Mncina    on behalf of Creditor    OCWEN LOAN SERVICING LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                   TOTAL: 16