Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35622−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter S. Kelly                                    Iris D Kelly
   419 Highland Avenue                                aka Iris D Johnson
   Clifton, NJ 07011                                  419 Highland Avenue
                                                      Clifton, NJ 07011

Social Security No.:
   xxx−xx−2393                                        xxx−xx−8921
Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 27, 2018.

On 4/21/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           May 27, 2021
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 22, 2021
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-35622-JKS |
| Walter S. Kelly | Chapter 13 |
| Iris D Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Apr 22, 2021 | Form ID: 185 | Total Noticed: 114 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter S. Kelly, Iris D Kelly, 419 Highland Avenue, Clifton, NJ 07011-3325 |
| cr | + | Liberty Savings Federal Credit Union, McKenna DuPont Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| cr | + | OCWEN LOAN SERVICING LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | PHH Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517243272 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243266 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 517243279 | + | Amex, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517243278 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517243282 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517243284 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517243285 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517336422 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517243321 | + | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517243320 | + | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517243323 | + | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517243322 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517243324 | + | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 10347, Des Moines, IA 50306-0347 |
| 517243325 | + | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 517243332 | + | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 517243336 | + | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 517366045 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road,, Suite 100,, West Palm Beach,, FL 33409-6493 |
| 518067089 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 518067090 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054, PHH Mortgage Corporation Bankruptcy Department 08054-4637 |
| 517243338 | + | Pinacle Recovery Inc, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517243340 | + | RAS Citron Law Offices, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 517243382 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517243376 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517243378 | + | The Record, PO Box 742621, Cincinnati, OH 45274-2621 |
| 517243377 | | The record, Customer Care, 1 Garret Mountain Plaza, Clifton, NJ 07011 |
| 517243379 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517243380 | + | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518505756 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517259885 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517243384 | + | Uas/rider University, 2083 Lawrenceville Rd, Lawrenceville, NJ 08648-3099 |
| 517243385 | + | Virmell Mitchell, 419 Highland Ave, Clifton, NJ 07011-3325 |
| 517243392 | + | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517243394 | + | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517309878 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 185 | Total Noticed: 114 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517243267 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2021 22:01:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517248603 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2021 22:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517243292 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:23:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243300 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:53 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 517243287 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:41 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517243286 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:23:31 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517243288 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:41 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517348461 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517243301 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:39 | Childrens Place/Citicorp Credit Services, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243303 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:49 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243302 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:50 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517243306 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:37 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243304 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:39 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517243309 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 517243308 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517243310 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Avenue, Po Box 182125, Columbus, OH 43218-2125 |
| 517243311 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 517243312 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517243313 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |

Case 17-35622-JKS    Doc 119    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 185 | Total Noticed: 114 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517243315 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Lane Bryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 517243314 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517364704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517243317 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycapital/modell, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 517243316 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycapital/modell, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517243319 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycb/modellvisa, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 517243318 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycb/modellvisa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517243327 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517243386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:22:13 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243389 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:22:14 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517347558 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:49 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517290601 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517256233 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517243326 | + | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517243296 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 22:23:29 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517243298 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 22:23:29 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517243330 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2021 21:58:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517243328 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2021 21:58:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517360445 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:22:23 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517369188 | | Email/Text: laura@redbanklaw.com | Apr 22 2021 21:58:00 | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517340454 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 22:01:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517243334 | + | Email/Text: bnc@nordstrom.com | Apr 22 2021 21:59:57 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517243335 | + | Email/Text: bnc@nordstrom.com | Apr 22 2021 21:59:57 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 517347310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:23:40 | Portfolio Recovery Associates, LLC, c/o Best Buy |

Case 17-35622-JKS    Doc 119    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 185 | Total Noticed: 114 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Visa, POB 41067, Norfolk VA 23541 |
| 517346517 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517347564 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518140062 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140063 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517243344 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517243345 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517243346 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243343 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Syncb/modells, Po Box 965005, Orlando, FL 32896-5005 |
| 517243342 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Syncb/modells, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243348 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank, Po Box 965060, Orlando, FL 32896-5060 |
| 517243349 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:55 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517245597 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517243350 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243352 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517243354 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243357 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243360 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243361 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517243362 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243363 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517243364 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243365 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 517243366 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box |

| Recip ID | Bypass Reason | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 517243368 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517243369 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517243370 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243373 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517364706 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517367278 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 22 2021 22:22:34 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517243397 | | Email/Text: bankruptcydept@wyn.com | Apr 22 2021 22:02:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 517243396 | + | Email/Text: bankruptcydept@wyn.com | Apr 22 2021 22:02:00 | Wyndham Vacation Ownership, 6277 Sea Harbor Dr, Orlando, FL 32821-8027 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, PO Box 168088, Irving, TX 75016 |
| 517243273 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243274 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243275 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243276 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243268 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243269 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243270 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243271 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243277 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243283 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517243281 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517243293 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243294 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243295 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243289 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243290 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243291 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243307 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243305 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517243387 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |

District/off: 0312-2 | User: admin | Page 6 of 7
Date Rcvd: Apr 22, 2021 | Form ID: 185 | Total Noticed: 114

| | | |
|---|---|---|
| 517243388 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243390 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517243391 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517243297 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517243299 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517243331 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517243329 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517243333 | *+ | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 517243337 | *+ | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 517243339 | *+ | Pinacle Recovery Inc, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517243341 | *+ | RAS Citron Law Offices, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 517243347 | *+ | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517243351 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243353 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517243355 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243356 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243358 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243359 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243367 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243371 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243372 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243374 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517243375 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517243381 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517243383 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517243393 | *+ | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517243395 | *+ | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517243280 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 48 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor PHH Mortgage Corporation ajennings@raslg.com |
| Clifford B. Frish | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |

| District/off: 0312-2 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 185 | Total Noticed: 114 |

| | |
|---|---|
| Clifford B. Frish | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor OCWEN LOAN SERVICING LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16