**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## New Jersey

| | |
|---|---|
| In Re: **Walter S Kelly** / **Iris D Kelly** | Case No.: **17-35622** |
| Debtor(s) | Judge: **JKS** |

## CHAPTER 13 PLAN AND MOTIONS

☐ Original          ☑ First Modified/Notice Required          Date: **4/21/2021**
☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  **DGB**      Initial Debtor:  **WSK**      Initial Co-Debtor  **IDK**

## Part 1: Payment and Length of Plan

a. The debtor has **paid in $7,600.00 to date** shall pay **800.00 Monthly** to the Chapter 13 Trustee, starting on **April 2021** for approximately **1** month.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie-Ann Greenberg, Esq.** | **Trustee commissions** | **Unknown** |
| **Goldman & Beslow, LLC** | **Attorneys fees and costs** | **Unknown** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☑ None
  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

　　1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

　　2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

3

allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Wyndham Vacation Ownership** | 1 Corey Road, Hancock, MA 02137 | $2,500 | Surrender in full satisfaction of any obligation |
| **PHH Mortgage Corporation** | 419 Highland Avenue, Clifton, NJ 07011 | $365,000.00 | Surrender for bankruptcy purposes only. Debtors to receive discharge of debt upon completion of bankruptcy case but reserves all rights under New Jersey State law |
| **Toyota Motor Credit** | 2016 Toyota Corolla | $13,607.50 | Surrender/Reject lease |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**American Honda Finance**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

4

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| American Honda Finance | $0 | Installment Contract | Continue regular monthly payments | $495.00 |
|  |  |  |  |  |
|  |  |  |  |  |

| Part 7: Motions | ☒ NONE |
|---|---|

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

| Part 8: Other Plan Provisions |
|---|

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Chapter 13 Standing Trustee Commissions
2) Other Administrative Claims - including Attorney Fees & Costs
3) Priority Claims
4) Secured Claims
5) Lease Arrearages
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  __12/22/2017__ .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to surrender debtors' residence for bankruptcy purposes only | Surrender of debtors' residence for bankruptcy purposes only |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  4/21/2021                                 /s/ Estate of Walter S. Kelly (Deceased) by wife, Iris Kelly
                                                 **Walter S Kelly**
                                                 Debtor

Date:  4/21/2021                                 /s/ Iris D. Kelly
                                                 **Iris D Kelly**
                                                 Joint Debtor

6

Date  4/21/2021                                          /s/ David G. Beslow, Esq.
                                                         **David G. Beslow, Esq.**
                                                         Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-35622-JKS |
| Walter S. Kelly | Chapter 13 |
| Iris D Kelly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 114 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter S. Kelly, Iris D Kelly, 419 Highland Avenue, Clifton, NJ 07011-3325 |
| cr | + | Liberty Savings Federal Credit Union, McKenna DuPont Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| cr | + | OCWEN LOAN SERVICING LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | PHH Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517243272 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243266 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 517243279 | + | Amex, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517243278 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517243282 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517243284 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517243285 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517336422 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517243321 | + | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517243320 | + | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517243323 | + | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517243322 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517243324 | + | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 10347, Des Moines, IA 50306-0347 |
| 517243325 | + | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 517243332 | + | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 517243336 | + | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 517366045 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road,, Suite 100,, West Palm Beach,, FL 33409-6493 |
| 518067089 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 518067090 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054, PHH Mortgage Corporation Bankruptcy Department 08054-4637 |
| 517243338 | + | Pinacle Recovery Inc, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517243340 | + | RAS Citron Law Offices, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 517243382 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517243376 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517243378 | + | The Record, PO Box 742621, Cincinnati, OH 45274-2621 |
| 517243377 | | The record, Customer Care, 1 Garret Mountain Plaza, Clifton, NJ 07011 |
| 517243379 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517243380 | + | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518505756 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517259885 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517243384 | + | Uas/rider University, 2083 Lawrenceville Rd, Lawrenceville, NJ 08648-3099 |
| 517243385 | + | Virmell Mitchell, 419 Highland Ave, Clifton, NJ 07011-3325 |
| 517243392 | + | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517243394 | + | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517309878 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 114 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517243267 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2021 22:01:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517248603 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2021 22:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517243292 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:22:07 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243300 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:37 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 517243287 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:41 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517243286 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:41 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517243288 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:41 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517348461 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:23:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517243301 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:38 | Childrens Place/Citicorp Credit Services, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243303 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:22:13 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243302 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:22:14 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517243306 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:38 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243304 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517243309 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 517243308 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517243310 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Avenue, Po Box 182125, Columbus, OH 43218-2125 |
| 517243311 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 517243312 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517243313 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |

Case 17-35622-JKS    Doc 120    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc
Imaged Certificate of Notice    Page 10 of 14

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 114 |

| | | | | |
|---|---|---|---|---|
| 517243315 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Lane Bryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 517243314 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517364704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517243317 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycapital/modell, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 517243316 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycapital/modell, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517243319 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycb/modellvisa, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 517243318 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2021 21:59:00 | Comenitycb/modellvisa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517243327 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517243386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:48 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243389 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:49 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517347558 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:23:38 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517290601 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517256233 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517243326 | + | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517243296 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 22:22:04 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517243298 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 22:23:29 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517243330 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2021 21:58:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517243328 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2021 21:58:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517360445 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:20:57 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517369188 | | Email/Text: laura@redbanklaw.com | Apr 22 2021 21:58:00 | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517340454 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 22:01:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517243334 | + | Email/Text: bnc@nordstrom.com | Apr 22 2021 21:59:09 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517243335 | + | Email/Text: bnc@nordstrom.com | Apr 22 2021 21:59:56 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 517347310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:16 | Portfolio Recovery Associates, LLC, c/o Best Buy |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | Visa, POB 41067, Norfolk VA 23541 |
| 517346517 | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517347564 | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2021 22:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518140062 | + Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140063 | + Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517243344 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517243345 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517243346 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243343 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Syncb/modells, Po Box 965005, Orlando, FL 32896-5005 |
| 517243342 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Syncb/modells, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243348 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank, Po Box 965060, Orlando, FL 32896-5060 |
| 517243349 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517245597 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517243350 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:22 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243352 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:32 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517243354 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243357 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243360 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243361 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517243362 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:32 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243363 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:32 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517243364 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243365 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 517243366 | + Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box |

Case 17-35622-JKS    Doc 120    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc
Imaged Certificate of Notice    Page 12 of 14

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 114 |

| | | | | |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 517243368 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517243369 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:23:23 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517243370 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:21:56 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243373 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:20:32 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517364706 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517367278 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 22 2021 22:21:07 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517243397 | | Email/Text: bankruptcydept@wyn.com | Apr 22 2021 22:02:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 517243396 | + | Email/Text: bankruptcydept@wyn.com | Apr 22 2021 22:02:00 | Wyndham Vacation Ownership, 6277 Sea Harbor Dr, Orlando, FL 32821-8027 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, PO Box 168088, Irving, TX 75016 |
| 517243273 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243274 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243275 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243276 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243268 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243269 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243270 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243271 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243277 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243283 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517243281 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517243293 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243294 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243295 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243289 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243290 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243291 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243307 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243305 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517243387 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |

| | | |
|---|---|---|
| 517243388 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243390 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517243391 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517243297 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517243299 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517243331 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517243329 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517243333 | *+ | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 517243337 | *+ | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 517243339 | *+ | Pinacle Recovery Inc, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517243341 | *+ | RAS Citron Law Offices, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 517243347 | *+ | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517243351 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243353 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517243355 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243356 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243358 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243359 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243367 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243371 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243372 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243374 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517243375 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517243381 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517243383 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517243393 | *+ | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517243395 | *+ | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517243280 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 48 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor PHH Mortgage Corporation ajennings@raslg.com |
| Clifford B. Frish | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 7 |
| Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 114 |

Clifford B. Frish
    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org
    cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow
    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com

David G. Beslow
    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin M. Buttery
    on behalf of Creditor OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Mark Goldman
    on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Michael R. DuPont
    on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor PHH Mortgage Corporation sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor OCWEN LOAN SERVICING LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16