| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Walter S. Kelly and Iris D. Kelly* | Order Filed on June 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**WALTER S. KELLY and IRIS D. KELLY,**<br><br>Debtors | Case No.: 17-35622<br><br>Chapter:   13<br><br>Judge:   JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: June 8, 2021

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   Walter S. Kelly and Iris D. Kelly
Case No.:   17-35622-JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $4,300.00 for services rendered and expenses in the amount of $ 142.51 for a total of $4,442.51 of which $2,200.00 has already been received by said attorney and for which the attorney has given a goodwill discount of $1,400.00 and of which the balance of $842.51 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.