| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Mark Goldman, Esq. #MG-8019<br><br>*Attorneys for Debtor(s), Walter S. Kelly and Iris D. Kelly* | Order Filed on June 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**WALTER S. KELLY and IRIS D. KELLY,**<br><br>Debtors | Case No.: 17-35622<br><br>Chapter:   13<br><br>Judge:   JKS |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: June 8, 2021

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:  2
Debtor(s):  Walter S. Kelly and Iris D. Kelly
Case No.:  17-35622-JKS

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $4,300.00 for services rendered and expenses in the amount of $ 142.51 for a total of $4,442.51 of which $2,200.00 has already been received by said attorney and for which the attorney has given a goodwill discount of $1,400.00 and of which the balance of $842.51 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

  XX through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee and delinquent trustee payments.

United States Bankruptcy Court

District of New Jersey

In re:  
Walter S. Kelly  
Iris D Kelly  
    Debtors

Case No. 17-35622-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 09, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Walter S. Kelly, Iris D Kelly, 419 Highland Avenue, Clifton, NJ 07011-3325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name**      **Email Address**

Aleisha Candace Jennings  
     on behalf of Creditor PHH Mortgage Corporation ajennings@raslg.com

Clifford B. Frish  
     on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org  
     cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

Clifford B. Frish  
     on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org  
     cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow  
     on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org  
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com

David G. Beslow

| | |
|---|---|
| District/off: 0312-2 | User: admin    Page 2 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf903    Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor OCWEN LOAN SERVICING LLC kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor OCWEN LOAN SERVICING LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16