**Information to identify the case:**

Debtor 1          Walter S. Kelly

First Name   Middle Name   Last Name

Debtor 2          Iris D Kelly
(Spouse, if filing)

First Name   Middle Name   Last Name

United States Bankruptcy Court    District of New Jersey

Case number:   17–35622–JKS

Social Security number or ITIN   xxx–xx–2393
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–8921
EIN   _ _–_ _ _ _ _ _ _

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter S. Kelly

Iris D Kelly
aka Iris D Johnson

8/25/21

**By the court:** John K. Sherwood
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 17-35622-JKS

Walter S. Kelly                                                                           Chapter 13

Iris D Kelly

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                 Page 1 of 8

Date Rcvd: Aug 25, 2021                       Form ID: 3180W                               Total Noticed: 116

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter S. Kelly, Iris D Kelly, 419 Highland Avenue, Clifton, NJ 07011-3325 |
| cr | + | Liberty Savings Federal Credit Union, McKenna DuPont Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| cr | + | OCWEN LOAN SERVICING LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | PHH Mortgage Corporation, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517243266 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 517243279 | + | Amex, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517243321 | + | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517243320 | + | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517243332 | + | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 517243336 | + | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 517366045 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road,, Suite 100,, West Palm Beach,, FL 33409-6493 |
| 518067089 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 518067090 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054, PHH Mortgage Corporation Bankruptcy Department 08054-4637 |
| 517243338 | + | Pinacle Recovery Inc, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517243340 | + | RAS Citron Law Offices, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 517243378 | + | The Record, PO Box 742621, Cincinnati, OH 45274-2621 |
| 517243377 | | The record, Customer Care, 1 Garret Mountain Plaza, Clifton, NJ 07011 |
| 517259885 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517243384 | + | Uas/rider University, 2083 Lawrenceville Rd, Lawrenceville, NJ 08648-3099 |
| 517243385 | + | Virmell Mitchell, 419 Highland Ave, Clifton, NJ 07011-3325 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517243272 | | EDI: WFFC.COM | Aug 26 2021 00:23:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243267 | | EDI: HNDA.COM | Aug 26 2021 00:23:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517248603 | | EDI: HNDA.COM | Aug 26 2021 00:23:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517243278 | + | EDI: AMEREXPR.COM | Aug 26 2021 00:23:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517243282 | | EDI: BANKAMER.COM | | |

District/off: 0312-2            User: admin            Page 2 of 8

Date Rcvd: Aug 25, 2021            Form ID: 3180W            Total Noticed: 116

| ID | EDI | Date/Time | Name/Address |
|---|---|---|---|
| | | Aug 26 2021 00:23:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517243280 | + EDI: BANKAMER.COM | | |
| | | Aug 26 2021 00:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517243285 | + EDI: TSYS2.COM | | |
| | | Aug 26 2021 00:23:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517243284 | + EDI: TSYS2.COM | | |
| | | Aug 26 2021 00:23:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517243292 | EDI: CAPITALONE.COM | | |
| | | Aug 26 2021 00:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243300 | EDI: CITICORP.COM | | |
| | | Aug 26 2021 00:23:00 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 517243287 | + EDI: CAPITALONE.COM | | |
| | | Aug 26 2021 00:23:00 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517243286 | + EDI: CAPITALONE.COM | | |
| | | Aug 26 2021 00:23:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517243288 | + EDI: CAPITALONE.COM | | |
| | | Aug 26 2021 00:23:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517348461 | EDI: CAPITALONE.COM | | |
| | | Aug 26 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517336422 | EDI: BL-BECKET.COM | | |
| | | Aug 26 2021 00:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517243301 | + EDI: CITICORP.COM | | |
| | | Aug 26 2021 00:23:00 | Childrens Place/Citicorp Credit Services, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243303 | + EDI: CITICORP.COM | | |
| | | Aug 26 2021 00:23:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243302 | + EDI: CITICORP.COM | | |
| | | Aug 26 2021 00:23:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517243306 | + EDI: CITICORP.COM | | |
| | | Aug 26 2021 00:23:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243304 | + EDI: CITICORP.COM | | |
| | | Aug 26 2021 00:23:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517243309 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 517243308 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517243310 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Avenue, Po Box 182125, Columbus, OH 43218-2125 |
| 517243311 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 517243312 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517243313 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 517243315 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Lane Bryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 517243314 | + EDI: WFNNB.COM | | |
| | | Aug 26 2021 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0312-2 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 116 |

| | | | |
|---|---|---|---|
| 517364704 | + EDI: WFNNB.COM | Aug 26 2021 00:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517243317 | + EDI: WFNNB.COM | Aug 26 2021 00:23:00 | Comenitycapital/modell, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 517243316 | + EDI: WFNNB.COM | Aug 26 2021 00:23:00 | Comenitycapital/modell, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517243319 | + EDI: WFNNB.COM | Aug 26 2021 00:23:00 | Comenitycb/modellvisa, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 517243318 | + EDI: WFNNB.COM | Aug 26 2021 00:23:00 | Comenitycb/modellvisa, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517243323 | + EDI: CRFRSTNA.COM | Aug 26 2021 00:23:00 | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517243322 | + EDI: CRFRSTNA.COM | Aug 26 2021 00:23:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517243327 | EDI: DISCOVER.COM | Aug 26 2021 00:23:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517243386 | + EDI: CITICORP.COM | Aug 26 2021 00:23:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243389 | + EDI: CITICORP.COM | Aug 26 2021 00:23:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517347558 | + EDI: CITICORP.COM | Aug 26 2021 00:23:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517290601 | EDI: Q3G.COM | Aug 26 2021 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517243325 | + EDI: WFFC.COM | Aug 26 2021 00:23:00 | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 517243324 | + EDI: WFFC.COM | Aug 26 2021 00:23:00 | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 10347, Des Moines, IA 50306-0347 |
| 517256233 | EDI: DISCOVER.COM | Aug 26 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517243326 | + EDI: DISCOVER.COM | Aug 26 2021 00:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517243296 | EDI: JPMORGANCHASE | Aug 26 2021 00:23:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517243298 | EDI: JPMORGANCHASE | Aug 26 2021 00:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517243330 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2021 20:23:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517243328 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2021 20:23:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517360445 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:11 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517369188 | Email/Text: laura@redbanklaw.com | Aug 25 2021 20:23:00 | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517340454 | + EDI: MID8.COM | Aug 26 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 517243334 | + Email/Text: bnc@nordstrom.com | | |

District/off: 0312-2                                       User: admin                                              Page 4 of 8
Date Rcvd: Aug 25, 2021                                Form ID: 3180W                                       Total Noticed: 116

| | | | | |
|---|---|---|---|---|
| | | | Aug 25 2021 20:24:07 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517243335 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Aug 25 2021 20:24:10 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 517347310 | | EDI: PRA.COM | | |
| | | | Aug 26 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517346517 | | EDI: Q3G.COM | | |
| | | | Aug 26 2021 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517347564 | | EDI: Q3G.COM | | |
| | | | Aug 26 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518140062 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 25 2021 20:24:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140063 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 25 2021 20:24:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517243344 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517243345 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517243346 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243343 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Syncb/modells, Po Box 965005, Orlando, FL 32896-5005 |
| 517243342 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Syncb/modells, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243348 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank, Po Box 965060, Orlando, FL 32896-5060 |
| 517243349 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517245597 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517243350 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243352 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517243354 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243357 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243360 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243361 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517243362 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243363 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/PC Richards & Sons, Po Box 965036, Orlando, FL 32896-5036 |
| 517243364 | + | EDI: RMSC.COM | | |

District/off: 0312-2                     User: admin                                    Page 5 of 8

Date Rcvd: Aug 25, 2021                  Form ID: 3180W                          Total Noticed: 116

| | | | Aug 26 2021 00:23:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 517243365 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 517243366 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243368 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517243369 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517243370 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243373 | + | EDI: RMSC.COM | | |
| | | | Aug 26 2021 00:23:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517364706 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 25 2021 20:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517243382 | | EDI: TFSR.COM | | |
| | | | Aug 26 2021 00:23:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517243381 | | EDI: TFSR.COM | | |
| | | | Aug 26 2021 00:23:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517243376 | + | EDI: WTRRNBANK.COM | | |
| | | | Aug 26 2021 00:23:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517243380 | + | EDI: WTRRNBANK.COM | | |
| | | | Aug 26 2021 00:23:00 | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517243379 | + | EDI: WTRRNBANK.COM | | |
| | | | Aug 26 2021 00:23:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 518505756 | | EDI: BL-BECKET.COM | | |
| | | | Aug 26 2021 00:23:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517367278 | + | EDI: AIS.COM | | |
| | | | Aug 26 2021 00:23:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517243392 | + | EDI: WFFC.COM | | |
| | | | Aug 26 2021 00:23:00 | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517243394 | + | EDI: WFFC.COM | | |
| | | | Aug 26 2021 00:23:00 | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |
| 517243397 | | Email/Text: bankruptcydept@wyn.com | | |
| | | | Aug 25 2021 20:24:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 517309878 | | EDI: WFFC.COM | | |
| | | | Aug 26 2021 00:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517243396 | + | Email/Text: bankruptcydept@wyn.com | | |
| | | | Aug 25 2021 20:24:00 | Wyndham Vacation Ownership, 6277 Sea Harbor Dr, Orlando, FL 32821-8027 |

TOTAL: 96

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, PO Box 168088, Irving, TX 75016 |
| 517243273 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243274 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda |

District/off: 0312-2           User: admin           Page 6 of 8

Date Rcvd: Aug 25, 2021           Form ID: 3180W           Total Noticed: 116

| | | |
|---|---|---|
| | | Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243275 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243276 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517243268 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243269 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243270 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243271 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243277 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517243283 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517243281 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517243293 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243294 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243295 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517243289 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243290 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243291 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517243307 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517243305 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517243387 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243388 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517243390 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517243391 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517243297 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517243299 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517243331 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517243329 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517243333 | *+ | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 517243337 | *+ | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 517243339 | *+ | Pinacle Recovery Inc, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517243341 | *+ | RAS Citron Law Offices, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 517243347 | *+ | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517243351 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243353 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517243355 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243356 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243358 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243359 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517243367 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243371 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243372 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517243374 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517243375 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517243383 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517243393 | *+ | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517243395 | *+ | WFFNB/Bobs Discount Furniture, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 0 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

District/off: 0312-2     User: admin     Page 7 of 8
Date Rcvd: Aug 25, 2021     Form ID: 3180W     Total Noticed: 116

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor PHH Mortgage Corporation ajennings@raslg.com |
| Clifford B. Frish | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| Clifford B. Frish | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com |
| David G. Beslow | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin M. Buttery | on behalf of Creditor OCWEN LOAN SERVICING LLC kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Joint Debtor Iris D Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Mark Goldman | on behalf of Debtor Walter S. Kelly yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage Corporation sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor OCWEN LOAN SERVICING LLC smncina@raslg.com |
| U.S. Trustee | |

District/off: 0312-2                     User: admin                              Page 8 of 8

Date Rcvd: Aug 25, 2021                  Form ID: 3180W                           Total Noticed: 116

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16